# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *Coakley & Williams Construction, Inc. v. Selective Insurance Company of America*
Civil No. RWT-11-1990

DATE:  October 17, 2011

\* \* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the telephone status conference scheduled for **October 21, 2011 at 4:30 p.m.** is hereby **RESCHEDULED** for **October 21, 2011 at 11:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge