**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**            **GREENBELT, MARYLAND 20770**
                                                                              **301-344-0052**

# M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *Coakley & Williams Construction, Inc. v. Selective Insurance Company of America*
              Civil No. RWT-11-1990

DATE:      October 17, 2011

\* \* \* \* \* \* \* \* \*

Due to a change in the Court's calendar, the telephone status conference scheduled for **October 21, 2011 at 4:30 p.m.** is hereby **RESCHEDULED** for **October 21, 2011 at 11:00 a.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                         /s/
                                      Roger W. Titus
                                      United States District Judge